IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| HEIN HETTINGA and ELLEN HETTINGA, d/b/a SARAH FARMS, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, SECRETARY OF AGRICULTURE, UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 5:06-CV-052-C <br> ) ECF |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed May 22, 2006,

IT IS ORDERED that this cause is **DISMISSED** without prejudice, with costs taxed against the party incurring same.

Dated May 23, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT